In the Matter of JOHN FILIP et al., Appellants, against J. EDWARD CONWAY et al., Constituting the Civil Service Service Commission of the State of New York, et al., Respondents.— Same decision and like cause of action as in *Matter of Ebling* v. *New York State Civil Service Comm.* (*ante,* p. 879, decided herewith). Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.